**UNITED STATES COURTS OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**SELF INITIATED
AMENDMENT**

**TIMOTHY B. DYK**
UNITED STATES CIRCUIT JUDGE

(202)633-8200

May 18, 2006

Mr. George D. Reynolds
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Financial Disclosure Report - Calendar Year 2005

Enclosed please find amended page two (original and 3 copies) of my 2005 Financial Disclosure Report, Section IV. Reimbursements, correcting the dates for New York Intellectual Property Law Association and the University of Michigan.

 Regards,

Enclosures



**FINANCIAL DISCLOSURE REPORT**

Page 2 of 14

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

SELF INITIATED AMENDMENT

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Nebraska (Royalty) | $ 194.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Smith College (Coordinating Washington Internship Program) |
| 2. 2005 | University of Michigan (Teaching) |
| 3. 2005 | University of Maryland (Honorarium) ($500.00) |
| 4. 2005 | PodestalMatton Inc. (Consulting) |
| 5. 2005 | HHS (Honorarium) ($300.00) |
| 6. 2005 | Yale University (Honorarium) ($1,000.00) |
| 7. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association (NYIPLA) | Annual Dinner - Mar 18 - 19, 2005 (transportation and meal) - New York, N.Y. |
| 2. University of Michigan | Judge Moot Court - Mar 31 - Apr 1, 2005 (transportation, lodging & meals) - Ann Arbor, MI. |
| 3. Federal Circuit Bar Association (FCBA) | FCBA Conference - Oct 14, 2005 (transportation and meal) - New York, N.Y. |
| 4. | |
| 5. | |


ORIGINAL

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dyk, Timothy B | 2. Court or Organization<br><br>Federal Circuit | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, D. C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President | Giles Rich Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Nebraska (Royalty) | $ 194.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Smith College (Coordinating Washington Internship Program) |
| 2. 2005 | University of Michigan (Teaching) |
| 3. 2005 | University of Maryland (Honorarium) ($500.00) |
| 4. 2005 | PodestalMatton Inc. (Consulting) |
| 5. 2005 | HHS (Honorarium) ($300.00) |
| 6. 2005 | Yale University (Honorarium) ($1,000.00) |
| 7. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association (NYIPLA) | Annual Dinner - Mar 18, 2005 (transportation and meal) - New York, N.Y. |
| 2. University of Michigan | Judge Moot Court - Mar 5, 2005 (transportation, lodging & meals) - Ann Arbor, MI. |
| 3. Federal Circuit Bar Association (FCBA) | FCBA Conference - Oct 14, 2005 (transportation and meal) - New York, N.Y. |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MASS BAY BREWING CO (Common Stock) | | None | | | Sold | 12/31 | N | G | |
| 2. LOT - TRURRO, MA (Parcel 1) ($309,500) | | None | N | S | | | | | |
| 3. BALDWIN WHITEHALL PA. SCH. DIST. CMED. | C | Interest | K | T | | | | | |
| 4. BALDWIN WHITEHAL PA. SCH. DIST. OCPN. | C | Interest | | | Redeem | 11/15 | K | | |
| 5. BALT. MD CTFS PARTN SER B AMBAC | B | Interest | L | T | | | | | |
| 6. CHIC.ILL G/O ST.UNIV. REV | B | Interest | L | T | | | | | |
| 7. COHOES NY G/O SCH. DIST. | B | Interest | L | T | | | | | |
| 8. FAIRFAX CNTY VA G/O | B | Interest | L | T | | | | | |
| 9. FARMINGTON MICH CMNTY LIB | B | Interest | L | T | | | | | |
| 10. JEFFERSON CTY ALA BRD.ED.SCH. | B | Interest | L | T | | | | | |
| 11. SAGIMAW CNTY MICH COMP. | B | Interest | K | T | | | | | |
| 12. HIGH POINT NC G/O | A | Interest | K | T | Buy | 12/08 | K | | |
| 13. UTAH HSG CORP SINGLE FAM | A | Interest | K | T | Buy | 12/12 | K | | |
| 14. ORLANDO FL CAP | A | Interest | K | T | Buy | 12/13 | K | | |
| 15. PHOENIX AZ G/O | A | Interest | K | T | Buy | 12/13 | K | | |
| 16. NEUBERGER & BERMAN RESERVE | A | Dividend | | | Transfer | 12/15 | | | Tsfer to Wachovia |
| 17. WACHOVIA SEC. MM | A | Interest | J | T | Transfer | 12/15 | | | Tsfr fm Neuberger & Berman |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ANHEUSER BUSCH (Common Stock) | A | Dividend | L | T | Buy | 11/02 | L | | |
| 19. U.S. TREAS. NOTE 11/15/08 | | None | O | T | Buy | 11/10 | N | | |
| 20. BANK OF AMERICA (Common Stock) | | None | L | T | Buy | 12/12 | L | | |
| 21. VANGUARD INTER-TERM TAX EX FUND INV | B | Interest | O | T | Buy | 11/23 | N | | |
| 22. VANGUARD MONEY MARKET | E | Interest | O | T | | | | | |
| 23. FIDELTIY MUNICIPAL (Money Market) | C | Dividend | | | Withdrawal | 04/11 | P1 | | |
| 24. PIMCO FLOATING RATE | A | Dividend | | | Sold | 09/22 | | | |
| 25. SOUTHWEST AIRLINES (Common Stock) | A | Dividend | K | T | | | | | |
| 26. EVERGREEN US GOVT SEC. (Money Market) | A | Dividend | K | T | | | | | |
| 27. WACHOVIA SECURITIES IRA #1 | E | Dividend | P1 | T | | | | | |
| 28. - GLOBAL SANTE FE CORP (Common Stock) | | | | | | | | | |
| 29. - JAPAN FUND | | | | | | | | | |
| 30. - WASHINGTON MUTUAL INC (Common Stock) | | | | | Sold | 03/14 | M | C | |
| 31. - SONOCO PRODUCTS CO. (Common Stock) | | | | | Sold | 02/04 | K | C | |
| 32. - KAISER ALUMINUM & CHEM. SR NOTES | | | | | | | | | |
| 33. - WILLIAMS COM GR INC. NOTES | | | | | | | | | |
| 34. - HMH PROPERTIES SR. SEC NOTES | | | | | Part Redeem | 04/11 | J | A | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2) Q =Appraisal  V =Other  S =Assessment  T =Cash Market
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - U.S. TREAS. BILL 01/13/05 | | | | | Redeem | 01/13 | L | A | |
| 36. - U.S. TREAS. BILL 02/10/05 | | | | | Part sold | 01/07 | L | A | |
| 37. - U.S. TREAS. BILL 02/10/05 | | | | | Redeem | 02/10 | O | C | |
| 38. - U.S. TREAS. BILL 05/12/05 | | | | | Buy | 02/09 | O | | |
| 39. - U.S. TREAS. BILL 05/12/05 | | | | | Redeem | 05/12 | O | D | |
| 40. - U.S. TREAS. BILL 06/16/05 | | | | | Buy | 03/16 | M | | |
| 41. - U.S. TREAS. BILL 06/16/05 | | | | | Redeem | 06/16 | M | A | |
| 42. - U.S. TREAS. BILL 08/25/05 | | | | | Buy | 05/11 | N | | |
| 43. - U.S. TREAS. BILL 08/25/05 | | | | | Redeem | 08/25 | N | B | |
| 44. - U.S. TREAS. BILL 09/22/05 | | | | | Part Buy | 06/15 | M | | |
| 45. - U.S. TREAS. BILL 09/22/05 | | | | | Part Buy | 07/19 | N | | |
| 46. - U.S. TREAS. BILL 09/22/05 | | | | | Redeem | 09/22 | O | B | |
| 47. - U.S. TREAS. BILL 11/25/05 | | | | | Buy | 08/24 | N | | |
| 48. - U.S. TREAS. BILL 11/25/05 | | | | | Part Sell | 09/13 | L | A | |
| 49. - U.S. TREAS. BILL 11/25/05 | | | | | Redeem | 11/25 | M | B | |
| 50. - U.S. TREAS. BILL 12/22/05 | | | | | Buy | 09/20 | O | | |
| 51. - U.S. TREAS. BILL 12/22/05 | | | | | Redeem | 12/22 | O | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000.001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - U.S. TREAS. BILL 05/25/06 | | | | | Buy | 11/23 | O | | |
| 53. - U.S. TREAS. NOTES 11/30/07 | | | | | Buy | 12/21 | O | | |
| 54. - FREEMONT INVEST. & LOAN CD 07/18/05 | | | | | Buy | 05/10 | L | | |
| 55. - FREEMONT INVEST. & LOAN CD 07/18/05 | | | | | Redeem | 07/18 | L | | |
| 56. - ISRAEL DISCOUNT BK CD 11/18/05 | | | | | Buy | 05/10 | L | | |
| 57. - ISRAEL DISCOUNT BK CD 11/18/05 | | | | | Redeem | 11/18 | L | | |
| 58. - GMAC AUTOMOTIVE BANK CD 11/14/05 | | | | | Buy | 05/10 | L | | |
| 59. - GMAC AUTOMOTIVE BANK CD 11/14/05 | | | | | Redeem | 11/14 | L | | |
| 60. - GMAC COMMERCIAL MTG BK CD 11/18/05 | | | | | Buy | 05/10 | L | | |
| 61. - GMAC COMMERCIAL MTG BK CD 11/18/05 | | | | | Redeem | 11/18 | L | | |
| 62. - DISCOVER BK CD 11/18/05 | | | | | Buy | 05/10 | L | | |
| 63. - DISCOVER BK CD 11/18/05 | | | | | Redeem | 11/18 | L | | |
| 64. - NEVADA SEC. BK CD 07/13/05 | | | | | Buy | 05/10 | L | | |
| 65. - NEVADA SEC. BK CD 07/13/05 | | | | | Redeem | 07/13 | L | | |
| 66. - ARKANSAS NAT. BK CD 7/18/05 | | | | | Buy | 05/10 | L | | |
| 67. - ARKANSAS NAT. BK CD 7/18/05 | | | | | Redeem | 07/18 | L | | |
| 68. - NAT. BK OF COMM CD 09/20/05 | | | | | Buy | 05/10 | L | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
(See Column C2)     Q =Appraisal     V =Other     S =Assessment
    U =Book Value     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - NAT. BK OF COMM CD 09/20/05 | | | | | Redeem | 09/20 | L | | |
| 70. - BEAL SAVINGS BK CD 11/16/05 | | | | | Buy | 05/10 | L | | |
| 71. - BEAL SAVINGS BK CD 11/16/05 | | | | | Redeem | 11/16 | L | | |
| 72. - FRANKLIN BK SSB CD 11/18/05 | | | | | Buy | 05/11 | L | | |
| 73. - FRANKLIN BK SSB CD 11/18/05 | | | | | Redeem | 11/18 | L | | |
| 74. - MANAGED HIGH INCOME PORTFOLIO INC | | | | | | | | | |
| 75. - RYDEX SERIES TRUST URSA FUND | | | | | Part Buy | 01/07 | M | | |
| 76. - RYDEX SERIES TRUST URSA FUND | | | | | Part Buy | 01/14 | L | | |
| 77. - RYDEX SERIES TRUST URSA FUND | | | | | Sold | 04/20 | M | | |
| 78. - RYDEX SERIES FDS JUNO FUND | | | | | | | | | |
| 79. - I SHARES MSU JAPAN INDEX FUND | | | | | Sold | 03/10 | M | E | |
| 80. - I SHARES MSCI MALAYSIA | | | | | Buy | 09/13 | K | | |
| 81. - I SHARES MSCI SINGAPORE | | | | | Buy | 09/13 | K | | |
| 82. - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |
| 83. - EVERGREEN US GOVT & SEC (Money Market) | | | | | | | | | |
| 84. VANGUARD IRA #1 | D | Dividend | N | T | | | | | |
| 85. - JULIUS BAEI INT. EQUITY FUND | | | | | Sold | 04/07 | N | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q=Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - JAPAN FUND INC. | | | | | Buy | 05/16 | L | | |
| 87. - JAPAN FUND INC. | | | | | Sold | 11/18 | M | E | |
| 88. - EASTMAN CHEMICAL CO. (Common Stock) | | | | | Buy | 10/10 | L | | |
| 89. - DUPONT E.I. DENEMOURS (Common Stock) | | | | | Buy | 10/17 | L | | |
| 90. - VANGUARD EUROPEAN STOCK INDEX FUND | | | | | Buy | 11/28 | L | | |
| 91. - DODGE & COX INT. FUND | | | | | Buy | 12/13 | L | | |
| 92. VANGUARD ADMIRAL TREAS. MM FUND | | | | | | | | | |
| 93. - RYDEX SERIES FDS JUNO FUND | | | | | Part Buy | 01/13 | L | | |
| 94. - VANGUARD PRIME MONEY MARKET | | | | | | | | | |
| 95. UMB IRA #1 | E | Dividend | P1 | T | | | | | |
| 96. - RYDEX TRUST URSA FUND | | | | | Sold | 11/21 | N | | |
| 97. - RYDEX SERIES FDS JUNO FUND | | | | | | | | | |
| 98. - FIRST EAGLE FUNDS GOLD FUND | | | | | Sold | 01/07 | M | | |
| 99. - FIDELITY INV. TRUST JAPAN SMALL CO. FUND | | | | | | | | | |
| 100. - JAPAN FUND | | | | | | | | | |
| 101. - EASTMAN CHEMICAL CO. (Common Stock) | | | | | Buy | 10/17 | K | | |
| 102. - SCHNEIDER FUNDS | | | | | Buy | 12/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - PIMCO COMMODITY REAL RETURN STRATEGY FUND | | | | | Sold | 08/25 | M | F | |
| 104. - U.S. TREAS. BILL 01/20/05 | | | | | Redeem | 01/20 | N | B | |
| 105. - U.S. TREAS. BILL 02/24/05 | | | | | Redeem | 02/24 | N | B | |
| 106. - U.S. TREAS. BILL 03/31/05 | | | | | Redeem | 03/31 | N | C | |
| 107. - U.S. TREAS. BILL 07/14/05 | | | | | Buy | 04/14 | N | | |
| 108. - U.S. TREAS. BILL 07/14/05 | | | | | Redeem | 07/14 | N | B | |
| 109. - U.S. TREAS. BILL 10/20/05 | | | | | Buy | 07/21 | N | | |
| 110. - U.S. TREAS. BILL 10/20/05 | | | | | Redeem | 10/20 | N | B | |
| 111. - U.S. TREAS. BILL 11/25/05 | | | | | Buy | 10/27 | N | | |
| 112. - U.S. TREAS. BILL 11/25/05 | | | | | Redeem | 11/25 | N | B | |
| 113. - U.S. TREAS. NOTES 08/31/07 | | | | | Buy | 08/31 | N | | |
| 114. - U.S. TREAS. NOTES 11/30/07 | | | | | Buy | 12/20 | N | | |
| 115. - UMBC CD 11/16/09 | | | | | Sold | 08/24 | K | B | |
| 116. - UMB CD 01/24/10 | | | | | Buy | 01/24 | O | | |
| 117. - UMB CD 01/24/10 | | | | | Part Sold | 08/24 | K | A | |
| 118. - UMB CD 01/24/10 | | | | | Part Sold | 10/14 | K | B | |
| 119. - UMB CD 01/24/10 | | | | | Part Sold | 10/25 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - UMB CD 01/24/10 | | | | | Sold | 12/21 | N | D | |
| 121. - UMB CD 02/24/10 | | | | | Buy | 02/24 | N | | |
| 122. - UMB CD 02/24/10 | | | | | Sold | 08/24 | N | D | |
| 123. - UMB CD 09/15/11 | | | | | Buy | 09/15 | M | | |
| 124. UMB IRA #2 | A | Dividend | O | T | | | | | |
| 125. - ALLEGIANCE TELECOM INC. (Common Stock) | | | | | | | | | |
| 126. - CALDWELL & OAKIN FUNDS: Mkt Opp. Fund | | | | | Sold | 11/18 | N | | |
| 127. - JAPAN FUND | | | | | Sold | 11/14 | M | E | |
| 128. - RYDEX SERIES TRUST URSA FUND | | | | | Sold | 11/18 | L | | |
| 129. JANEY MONTGOMERY SCOTT IRA | A | Dividend | N | T | | | | | |
| 130. - SPEC SIT TECH FUND | | | | | | | | | |
| 131. TD WATERHOUSE IRA #1 | A | Dividend | N | T | | | | | |
| 132. - SPEC SIT EQUITY FUND | | | | | | | | | |
| 133. TD WATERHOUSE IRA #2 | A | Dividend | N | T | Buy | 12/29 | N | | |
| 134. - SPEC SIT LIFE SCIENCE FUND | | | | | Buy | 12/29 | N | | |
| 135. CHARLES SCHWAB IRA | A | Dividend | N | T | Buy | 12/05 | N | | |
| 136. - DODGE & COX INT STOCK FUND | | | | | Buy | 12/06 | K | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - FIRST EAGLE OVERSEAS FUND | | | | | Buy | 12/06 | K | | |
| 138. - HUSSMAN STRATEGIC GROWTH FUND | | | | | Buy | 12/06 | L | | |
| 139. - MATTHEWS ASIAN GROWTH & INCOME FUND | | | | | Buy | 12/06 | K | | |
| 140. - TROWE PRICE CAPITAL APP. FUND | | | | | Buy | 12/06 | L | | |
| 141. - SCHWAB GOVT MONEY FUND | | | | | Buy | 12/05 | M | | |
| 142. HEMPSTEAD VILLAGE HSING AUTH (Ltd Part) | A | Dividend | | | Sold | 12/29 | K | D | |
| 143. MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 144. ING LIFE INS | C | Dividend | M | T | | | | | |
| 145. PNC BK (previously RIGGS Accts 1,2&3) Washington, DC | A | Interest | K | T | | | | | |
| 146. U.S. SAVINGS BONDS | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Income does not include Subchapter S Corporation distributions.

2) Total income for IRA accounts is total income as reported by custodian of account.

3) Gain on sales of government bills and zero coupon obligations is difference between purchase price and sales price; income is not separately reported.

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___ May 12, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544